### 35676. SUTTON v. ENGLAND.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED DECEMBER 7, 1979 — DECIDED FEBRUARY 27, 1980.

*Charles W. Smith, Jr.,* for appellant.

*J. Nathan Deal,* for appellee.